Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

In Re:  Alexander Haselkorn
Debtor

Case No.: 19−32984−JKS
Chapter 13

Alexander Haselkorn
Plaintiff

v.

David Safir
Defendant

Adv. Proc. No. 20−01405−JKS                    Judge: John K. Sherwood

## NOTICE OF JUDGMENT OR ORDER
**Pursuant to Fed. R. Bankr. P. 9022**

　　Please be advised that on September 4, 2020, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 8 − 5
Order Granting Application To Allow Attorney Karamvir Dahiya to Appear Pro Hac Vice (Related Doc # 5). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. This order has been mailed to the Treasurer of the New Jersey Lawyer's Fund for Client Protection via US mail. Signed on 9/4/2020. (mg)

　　Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: September 4, 2020
JAN: mg

　　　　　　　　　　　　　　　　　　　　　　　　　　　Jeanne Naughton
　　　　　　　　　　　　　　　　　　　　　　　　　　　Clerk