**FILED**
JEANNE A. NAUGHTON, CLERK
**OCT. 29, 2020**
U.S. BANKRUPTCY COURT
NEWARK, N.J.
BY: *Zelda Haywood*
DEPUTY

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| In Re:<br><br>Alexander Haselkorn,<br><br>     Debtor. | Case No.:  20-01405-JKS<br><br>Chapter:   13<br><br>Judge:    John K. Sherwood |
| Alexander Haselkorn,<br><br>     Plaintiff,<br>  v.<br><br>David Safir, Individually; DLS Billing and Consulting Corp.,<br><br>     Defendants. | Adversary No. 19-32984 |

**ORDER RE: AMENDMENT OF COMPLAINT OR DISMISSAL**

The relief set forth on page two (2) is hereby **ORDERED**.

_____
HONORABLE JOHN K. SHERWOOD
UNITED STATES BANKRUPTCY JUDGE

Dated: October 29, 2020

Page 2
Debtor:           Alexander Haselkorn
Case no.:         20-01405-JKS
Caption of Order: ORDER RE: AMENDMENT OF COMPLAINT OR DISMISSAL

The Court having reviewed the Motion to Dismiss Adversary Proceeding (Doc. 10) by David Safir and DLS Billing & Consulting Corp. ("Defendants") and for the reasons on the record from the October 27, 2020 hearing, it is hereby

**ORDERED** that the Plaintiff shall have ten (10) days from the date of this Order to file an Amended Complaint in this case, if he so chooses. If an Amended Complaint is not filed within ten (10) days, this adversary proceeding will be dismissed.

**ORDERED** that if Plaintiff files an Amended Complaint, Defendants shall have fourteen (14) days pursuant to Rule 7015(a)(3) Fed.R.Bankr.P. to answer or otherwise respond to the Amended Complaint.