Form order – ntcorder

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

In Re: Alexander Haselkorn
Debtor

Case No.: 19−32984−JKS
Chapter 13

Alexander Haselkorn
Plaintiff

v.

David Safir
Defendant

Adv. Proc. No. 20−01405−JKS            Judge: John K. Sherwood

### NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

Please be advised that on October 30, 2020, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 16 − 10
ORDER RE: AMENDMENT OF COMPLAINT OR DISMISSAL (related document:10 Motion to Dismiss Adversary Proceeding Filed by David Safir). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 10/29/2020 (mg)

Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: October 30, 2020
JAN: mg

Jeanne Naughton
Clerk